| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Filehash | ISP | city |
|---|---|---|---|---|---|---|
| 1 | 50.137.54.137 | µTorrent 3.1.3 | 11/7/12 06:50:39 PM | SHA1: CB2CCB7AABFB94D2F530ED1D6AC248E9E0A43B4F | Comcast Cable | Eugene |
| 2 | 71.34.254.77 | Vuze 4.8.0.0 | 11/9/12 07:58:08 PM | SHA1: CB2CCB7AABFB94D2F530ED1D6AC248E9E0A43B4F | Century Link | Eugene |
| 3 | 72.0.190.9 | µTorrent 3.1.2 | 11/10/12 06:11:53 AM | SHA1: CB2CCB7AABFB94D2F530ED1D6AC248E9E0A43B4F | Bend Cable Comm | Redmond |
| 4 | 71.221.89.210 | µTorrent 3.2.2 | 11/11/12 06:32:11 AM | SHA1: CB2CCB7AABFB94D2F530ED1D6AC248E9E0A43B4F | Century Link | Eugene |
| 5 | 71.92.152.211 | BitTornado 18.33.0 | 11/10/12 05:43:09 PM | SHA1: CDBF914AEB80E3C01B0A8F030363F1488880F1CB | Charter Communic | Roseburg |
| 6 | 68.113.47.147 | BitTorrent 7.7.0 | 11/11/12 02:01:50 AM | SHA1: CDBF914AEB80E3C01B0A8F030363F1488880F1CB | Charter Communic | Roseburg |
| 7 | 71.215.180.80 | µTorrent 3.2.1 | 11/14/12 12:58:34 AM | SHA1: CDBF914AEB80E3C01B0A8F030363F1488880F1CB | Century Link | Eugene |
| 8 | 76.115.176.164 | Deluge 2.2.1.0 | 11/23/12 03:29:14 AM | SHA1: CDBF914AEB80E3C01B0A8F030363F1488880F1CB | Comcast Cable | Eugene |
| 9 | 174.25.70.202 | BitTorrent 7.6.1 | 12/1/12 02:53:38 AM | SHA1: CDBF914AEB80E3C01B0A8F030363F1488880F1CB | Century Link | Redmond |
| 10 | 98.232.218.161 | BitTorrent 7.7.2 | 12/28/12 04:34:13 AM | SHA1: CDBF914AEB80E3C01B0A8F030363F1488880F1CB | Comcast Cable | Albany |
| 11 | 71.236.197.226 | BitTorrent 7.7.3 | 1/6/13 11:03:14 PM | SHA1: CDBF914AEB80E3C01B0A8F030363F1488880F1CB | Comcast Cable | Salem |
| 12 | 24.22.41.32 | BitTorrent 7.0.1 | 11/10/12 09:01:25 AM | SHA1: 7E218D20D3A2B1ACA336FD5F43E620592401D721 | Comcast Cable | Eugene |
| 13 | 71.221.85.21 | µTorrent 3.2.0 | 11/23/12 05:40:20 AM | SHA1: 7E218D20D3A2B1ACA336FD5F43E620592401D721 | Century Link | Eugene |
| 14 | 65.102.46.78 | µTorrent 3.2.2 | 11/28/12 02:39:10 AM | SHA1: 7E218D20D3A2B1ACA336FD5F43E620592401D721 | Century Link | Salem |
| 15 | 76.115.123.116 | Vuze 4.7.2.0 | 12/7/12 09:59:00 PM | SHA1: 7E218D20D3A2B1ACA336FD5F43E620592401D721 | Comcast Cable | Albany |
| 16 | 50.137.56.9 | µTorrent 3.2.0 | 12/31/12 08:50:27 PM | SHA1: 7E218D20D3A2B1ACA336FD5F43E620592401D721 | Comcast Cable | Eugene |
| 17 | 24.21.60.37 | BitTorrent 7.6.1 | 1/6/13 06:30:16 AM | SHA1: 7E218D20D3A2B1ACA336FD5F43E620592401D721 | Comcast Cable | Eugene |
| 18 | 67.189.45.4 | µTorrent 3.2.3 | 1/20/13 05:02:02 AM | SHA1: 7E218D20D3A2B1ACA336FD5F43E620592401D721 | Comcast Cable | Eugene |
| 19 | 71.94.237.61 | µTorrent 3.2.3 | 1/31/13 02:50:03 PM | SHA1: 7E218D20D3A2B1ACA336FD5F43E620592401D721 | Charter Communic | Coos Bay |
| 20 | 67.189.28.234 | µTorrent 3.2.3 | 2/1/13 06:45:45 PM | SHA1: 7E218D20D3A2B1ACA336FD5F43E620592401D721 | Comcast Cable | Eugene |
| 21 | 67.171.229.105 | µTorrent 3.1.3 | 11/8/12 04:30:25 AM | SHA1: 3FA5893E8FEFDE5F1F660703F9CE35A93E3B9B18 | Comcast Cable | Eugene |
| 22 | 67.171.206.243 | -UM15140 | 11/9/12 04:11:00 AM | SHA1: 3FA5893E8FEFDE5F1F660703F9CE35A93E3B9B18 | Comcast Cable | Eugene |
| 23 | 96.39.188.47 | µTorrent 3.2.0 (Beta | 11/12/12 10:01:29 AM | SHA1: 3FA5893E8FEFDE5F1F660703F9CE35A93E3B9B18 | Charter Communic | Coos Bay |
| 24 | 24.20.2.79 | µTorrent 3.1.3 | 11/15/12 05:47:05 PM | SHA1: 3FA5893E8FEFDE5F1F660703F9CE35A93E3B9B18 | Comcast Cable | Eugene |
| 25 | 71.236.144.42 | µTorrent 3.1.3 | 11/18/12 12:16:29 AM | SHA1: 3FA5893E8FEFDE5F1F660703F9CE35A93E3B9B18 | Comcast Cable | Eugene |
| 26 | 63.155.188.153 | Vuze 4.7.1.2 | 11/23/12 11:35:39 PM | SHA1: 3FA5893E8FEFDE5F1F660703F9CE35A93E3B9B18 | Century Link | Eugene |
| 27 | 71.221.78.7 | Vuze 4.7.1.2 | 11/26/12 04:00:41 AM | SHA1: 3FA5893E8FEFDE5F1F660703F9CE35A93E3B9B18 | Century Link | Eugene |
| 28 | 71.215.181.181 | Vuze 4.7.1.2 | 11/27/12 07:04:51 AM | SHA1: 3FA5893E8FEFDE5F1F660703F9CE35A93E3B9B18 | Century Link | Eugene |
| 29 | 67.160.160.118 | Vuze 4.8.0.0 | 11/27/12 11:55:04 PM | SHA1: 3FA5893E8FEFDE5F1F660703F9CE35A93E3B9B18 | Comcast Cable | Eugene |
| 30 | 96.39.185.93 | µTorrent 3.2.0 | 11/12/12 07:07:58 PM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Charter Communic | Newport |
| 31 | 97.125.106.154 | -UM15110 | 11/12/12 06:11:43 AM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Century Link | Eugene |
| 32 | 67.204.155.201 | BitTorrent 7.7.0 | 11/15/12 07:09:45 PM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Bend Cable Comm | Bend |
| 33 | 140.211.24.66 | µTorrent Mac 1.8.0 | 12/3/12 05:38:55 PM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Oregon State Syst | Bend |
| 34 | 97.75.251.21 | µTorrent 3.2.0 | 12/8/12 01:00:12 AM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | ISP Alliance | La Pine |
| 35 | 71.193.181.138 | BitTorrent 7.7.0 | 12/12/12 06:30:06 PM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Comcast Cable | Eugene |
| 36 | 67.171.209.9 | BitTorrent 7.7.0 | 12/18/12 02:23:40 AM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Comcast Cable | Eugene |
| 37 | 66.220.104.105 | µTorrent 3.2.3 | 1/10/13 06:04:14 PM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Bend Cable Comm | Bend |
| 38 | 71.34.245.1 | BitComet 1.34 | 1/26/13 01:14:38 AM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Century Link | Eugene |
| 39 | 76.14.209.53 | µTorrent 3.2.3 | 1/27/13 09:42:17 AM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Wave Broadband | Hubbard |
| 40 | 67.204.154.162 | Vuze 4.7.0.2 | 1/29/13 03:45:53 AM | SHA1: CDB6275FE4CF185EDEAA2F26C60DD861FE8331C4 | Bend Cable Comm | Bend |
| 41 | 96.41.130.40 | µTorrent 3.2.0 | 11/7/12 03:34:45 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Charter Communic | Bandon |
| 42 | 107.0.177.124 | Deluge 2.1.1.0 | 11/8/12 05:01:07 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Cable | Junction City |
| 43 | 98.232.209.192 | BitTorrent 7.7.0 | 11/9/12 02:14:45 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Cable | Corvallis |

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Filehash | ISP | city |
|---|---|---|---|---|---|---|
| 44 | 208.80.87.79 | BitTorrent 7.7.0 | 11/10/12 07:48:29 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Monroe Telephone | Junction City |
| 45 | 66.178.146.8 | BitTorrent 7.7.2 | 11/11/12 06:55:36 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Rio Networks | Springfield |
| 46 | 71.94.234.155 | µTorrent 3.1.3 | 11/12/12 08:02:04 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Charter Communic | Coos Bay |
| 47 | 71.236.198.30 | BitTorrent 7.1.0 | 11/12/12 10:20:09 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Cable | Salem |
| 48 | 71.193.136.164 | µTorrent 3.0.1 | 11/14/12 04:37:39 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Cable | Salem |
| 49 | 75.170.55.244 | Vuze 4.8.0.0 | 11/14/12 07:10:23 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Century Link | Cottage Grove |
| 50 | 24.21.114.198 | Vuze 4.7.2.0 | 11/14/12 06:07:01 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Cable | Corvallis |
| 51 | 96.25.75.251 | BitComet 1.27 | 11/15/12 05:07:20 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Clearwire Corpora | Salem |
| 52 | 76.14.194.177 | µTorrent 3.3.0 (Beta | 11/15/12 08:15:52 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Wave Broadband | Stayton |
| 53 | 50.137.58.206 | Vuze 4.7.0.2 | 11/17/12 02:57:50 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Cable | Eugene |
| 54 | 76.14.237.193 | Vuze 4.7.2.0 | 11/17/12 12:17:33 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Wave Broadband | Woodburn |
| 55 | 71.221.65.232 | µTorrent 3.2.0 | 11/18/12 09:52:33 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Century Link | Eugene |
| 56 | 206.125.68.178 | BitTorrent 7.7.2 | 11/18/12 08:13:21 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Alternate Access | Philomath |
| 57 | 76.14.218.178 | Vuze 4.7.2.0 | 11/18/12 02:26:55 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Wave Broadband | Hubbard |
| 58 | 76.14.216.218 | Vuze 4.7.2.0 | 11/19/12 05:44:35 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Wave Broadband | Hubbard |
| 59 | 75.170.15.118 | µTorrent 3.2.0 | 11/22/12 10:46:07 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Century Link | Eugene |
| 60 | 128.193.171.245 | Deluge 2.2.1.0 | 12/2/12 04:51:49 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Oregon State Univ | Corvallis |
| 61 | 71.36.100.66 | µTorrent 3.2.3 | 12/14/12 03:51:26 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Century Link | Salem |
| 62 | 173.164.84.242 | µTorrent 3.2.3 | 12/20/12 03:38:54 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Business | Salem |
| 63 | 71.34.253.48 | µTorrent 3.2.3 | 12/21/12 04:16:57 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Century Link | Springfield |
| 64 | 67.189.103.232 | Vuze 4.8.0.0 | 1/1/13 11:35:34 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Cable | Albany |
| 65 | 67.189.26.66 | µTorrent 3.2.0 | 1/5/13 05:05:00 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Cable | Salem |
| 66 | 24.20.206.244 | Vuze 4.8.1.2 | 1/13/13 05:58:16 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Cable | Eugene |
| 67 | 72.160.92.140 | µTorrent 3.2.2 | 1/17/13 05:48:16 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | CenturyTel Interne | Lebanon |
| 68 | 72.160.104.16 | µTorrent 3.2.2 | 1/20/13 08:57:21 PM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | CenturyTel Interne | Creswell |
| 69 | 24.22.127.26 | Vuze 4.8.0.0 | 1/23/13 01:49:16 AM | SHA1: 48DD54D3682A1CA39775F29BDA773E4ECC997AE8 | Comcast Cable | Eugene |
| 70 | 24.22.17.61 | µTorrent 3.1.3 | 11/7/12 03:03:08 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Salem |
| 71 | 207.55.56.165 | BitComet 1.29 | 11/7/12 07:11:33 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Alternate Access | Sublimity |
| 72 | 71.59.235.23 | BitTorrent 7.7.0 | 11/9/12 06:01:42 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Salem |
| 73 | 216.161.55.7 | µTorrent 3.2.0 | 11/10/12 10:51:31 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Century Link | Bend |
| 74 | 72.160.82.115 | Vuze 4.8.0.0 | 11/12/12 06:04:20 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | CenturyTel Interne | Lebanon |
| 75 | 184.76.40.207 | µTorrent 3.1.3 | 11/12/12 07:02:42 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Clearwire Corpora | Salem |
| 76 | 71.59.233.199 | Transmission 2.51 | 11/14/12 02:26:16 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Salem |
| 77 | 71.215.176.192 | µTorrent 3.2.1 | 11/16/12 11:01:25 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Century Link | Veneta |
| 78 | 72.0.186.105 | Vuze 4.8.0.0 | 11/16/12 08:06:56 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Bend Cable Comm | Bend |
| 79 | 76.115.5.248 | µTorrent 3.2.1 | 11/18/12 05:30:07 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Salem |
| 80 | 204.15.57.95 | MediaGet | 11/21/12 08:28:36 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Bend Cable Comm | Bend |
| 81 | 98.232.195.53 | BitComet 1.32 | 11/23/12 08:24:43 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Albany |
| 82 | 24.22.50.124 | µTorrent 3.2.0 | 11/25/12 06:47:38 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Eugene |
| 83 | 71.92.152.56 | Vuze 4.5.0.4 | 11/25/12 04:17:21 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Charter Communic | Roseburg |
| 84 | 174.125.103.167 | µTorrent 3.2.0 | 11/27/12 01:28:39 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | CenturyTel Interne | Sweet Home |
| 85 | 71.34.243.160 | µTorrent 2.2.1 | 11/28/12 08:24:52 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Century Link | Springfield |
| 86 | 128.223.222.29 | BitTorrent 6.1.0 | 11/29/12 02:39:57 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | University of Orego | Eugene |

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Filehash | ISP | city |
|---|---|---|---|---|---|---|
| 87 | 67.160.129.160 | µTorrent 3.1.3 | 11/30/12 06:57:25 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Eugene |
| 88 | 173.202.209.34 | Vuze 4.5.0.4 | 12/3/12 09:16:32 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | CenturyTel Interne | Brownsville |
| 89 | 67.189.59.12 | µTorrent 3.2.2 | 12/4/12 06:44:09 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Albany |
| 90 | 67.160.189.60 | µTorrent 3.1.2 | 12/5/12 09:31:04 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Eugene |
| 91 | 50.137.138.48 | BitComet 1.34 | 12/6/12 07:26:39 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Corvallis |
| 92 | 76.115.241.119 | µTorrent 3.2.2 | 12/8/12 04:48:51 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Eugene |
| 93 | 50.137.57.217 | Vuze 4.8.0.0 | 12/11/12 08:12:21 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Eugene |
| 94 | 24.20.162.57 | µTorrent 3.2.2 | 12/12/12 11:46:37 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Albany |
| 95 | 68.113.27.218 | BitTornado 18.33.0 | 12/15/12 08:58:16 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Charter Communic | Roseburg |
| 96 | 71.215.183.36 | BitTorrent 7.7.2 | 12/17/12 01:05:31 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Century Link | Eugene |
| 97 | 71.193.251.88 | BitComet 1.31 | 12/18/12 04:12:10 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Salem |
| 98 | 204.195.39.223 | µTorrent 3.2.3 | 12/22/12 05:58:20 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Wave Broadband | Salem |
| 99 | 207.118.68.59 | BitComet 1.32 | 12/24/12 03:05:59 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | CenturyTel Interne | Sweet Home |
| 100 | 68.186.122.51 | µTorrent 3.2.3 | 1/1/13 01:08:29 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Charter Communic | Roseburg |
| 101 | 71.32.242.244 | BitTorrent 7.7.2 | 1/1/13 12:03:34 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Century Link | Bend |
| 102 | 76.115.193.24 | µTorrent 3.2.3 | 1/5/13 12:22:17 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Salem |
| 103 | 63.224.207.134 | µTorrent 3.2.3 | 1/13/13 10:06:19 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Century Link | Eugene |
| 104 | 71.220.235.82 | BitTorrent 7.6.1 | 1/19/13 10:00:11 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Century Link | Roseburg |
| 105 | 71.220.226.247 | BitTorrent 7.6.1 | 1/20/13 03:41:36 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Century Link | Corvallis |
| 106 | 68.186.67.55 | BitTorrent 7.7.3 | 1/22/13 02:50:45 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Charter Communic | Lincoln City |
| 107 | 71.215.190.213 | BitComet 1.34 | 1/23/13 02:00:59 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Century Link | Springfield |
| 108 | 71.94.240.107 | µTorrent 3.2.2 | 1/25/13 01:35:44 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Charter Communic | Coos Bay |
| 109 | 50.137.57.217 | Vuze 4.8.1.2 | 2/2/13 01:33:29 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Comcast Cable | Eugene |
| 110 | 96.25.80.249 | Vuze 4.8.0.0 | 2/4/13 02:54:26 PM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Clearwire Corpora | Springfield |
| 111 | 50.137.54.137 | µTorrent 3.1.3 | 11/7/12 06:50:39 PM | SHA1: CB2CCB7AABFB94D2F530ED1D6AC248E9E0A43B4F | Comcast Cable | Eugene |
| 112 | 71.34.254.77 | Vuze 4.8.0.0 | 11/9/12 07:58:08 PM | SHA1: CB2CCB7AABFB94D2F530ED1D6AC248E9E0A43B4F | Century Link | Eugene |
| 113 | 72.0.190.9 | µTorrent 3.1.2 | 11/10/12 06:11:53 AM | SHA1: CB2CCB7AABFB94D2F530ED1D6AC248E9E0A43B4F | Bend Cable Comm | Redmond |
| 114 | 71.221.89.210 | µTorrent 3.2.2 | 11/11/12 06:32:11 AM | SHA1: CB2CCB7AABFB94D2F530ED1D6AC248E9E0A43B4F | Century Link | Eugene |
| 115 | 174.22.3.176 | BitTorrent 7.2.1 | 12/11/12 08:35:33 PM | SHA1: 0E6CA45CCE3DDF7D35B5A19995D69822330069B0 | Century Link | Eugene |
| 116 | 174.22.2.74 | BitTorrent 7.2.1 | 12/17/12 03:00:44 AM | SHA1: 0E6CA45CCE3DDF7D35B5A19995D69822330069B0 | Century Link | Pleasant Hill |
| 117 | 76.115.217.22 | µTorrent 3.2.0 | 11/7/12 05:59:47 AM | SHA1: F079D3559728735F2A629F8591CEF28BAFCA92D6 | Comcast Cable | Salem |
| 118 | 67.170.167.13 | Vuze 4.8.0.0 | 11/7/12 09:14:43 AM | SHA1: F079D3559728735F2A629F8591CEF28BAFCA92D6 | Comcast Cable | Eugene |
| 119 | 76.115.195.65 | libtorrent (Rasterba | 11/14/12 06:18:02 AM | SHA1: F079D3559728735F2A629F8591CEF28BAFCA92D6 | Comcast Cable | Salem |
| 120 | 98.232.167.122 | µTorrent 3.1.3 | 1/19/13 09:55:53 PM | SHA1: F079D3559728735F2A629F8591CEF28BAFCA92D6 | Comcast Cable | Corvallis |
| 121 | 76.115.239.176 | µTorrent 3.2.3 | 1/23/13 03:34:36 AM | SHA1: F079D3559728735F2A629F8591CEF28BAFCA92D6 | Comcast Cable | Salem |
| 122 | 98.232.205.4 | µTorrent 3.1.3 | 11/7/12 12:21:42 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Corvallis |
| 123 | 71.236.247.33 | µTorrent 3.2.1 | 11/8/12 01:48:27 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Salem |
| 124 | 24.20.133.67 | BitTorrent 7.7.0 | 11/8/12 05:54:23 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Corvallis |
| 125 | 206.125.87.186 | Vuze 4.7.1.2 | 11/8/12 12:00:26 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Alternate Access | Waldport |
| 126 | 71.236.247.52 | Vuze 4.5.0.4 | 11/8/12 03:34:02 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Salem |
| 127 | 71.215.177.22 | µTorrent 3.1.3 | 11/9/12 06:31:03 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |
| 128 | 71.59.195.219 | µTorrent 3.1.2 | 11/9/12 02:43:53 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 129 | 71.210.20.42 | µTorrent 3.1.3 | 11/9/12 08:04:48 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Filehash | ISP | city |
|---|---|---|---|---|---|---|
| 130 | 75.94.54.18 | Vuze 4.7.2.0 | 11/9/12 07:06:06 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Clearwire Corpora | Eugene |
| 131 | 71.193.150.32 | Deluge 2.0.0.0 | 11/9/12 12:01:13 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 132 | 24.20.119.100 | Vuze 4.7.0.2 | 11/10/12 11:31:30 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 133 | 63.155.141.232 | µTorrent 3.2.1 | 11/10/12 04:25:57 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |
| 134 | 98.232.197.141 | BitTorrent 7.7.0 | 11/10/12 01:10:09 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Corvallis |
| 135 | 68.186.12.243 | BitComet 1.34 | 11/10/12 03:14:17 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Communi | Coos Bay |
| 136 | 71.34.103.153 | µTorrent 2.2.1 | 11/10/12 09:26:59 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Salem |
| 137 | 206.125.85.205 | BitTorrent 7.7.0 | 11/10/12 06:44:09 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Alternate Access | Waldport |
| 138 | 98.246.102.240 | Transmission 2.73 | 11/10/12 11:32:58 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Salem |
| 139 | 71.221.93.120 | µTorrent 3.2.0 | 11/11/12 10:14:09 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |
| 140 | 67.168.243.125 | µTorrent 3.1.3 | 11/11/12 11:40:42 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Salem |
| 141 | 68.118.61.46 | BitTorrent 7.7.0 | 11/11/12 05:36:42 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Communi | Coos Bay |
| 142 | 24.20.226.217 | µTorrent 3.1.3 | 11/11/12 06:19:40 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Corvallis |
| 143 | 75.170.25.159 | qBittorrent 2.9.7 | 11/12/12 12:41:38 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |
| 144 | 63.155.187.23 | µTorrent 3.1.3 | 11/12/12 11:09:13 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Springfield |
| 145 | 71.94.240.107 | µTorrent 3.1.3 | 11/13/12 03:50:54 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Communi | Coos Bay |
| 146 | 63.155.173.45 | Transmission 2.42 | 11/14/12 08:32:57 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |
| 147 | 75.170.5.184 | Transmission 2.42 | 11/14/12 05:39:33 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |
| 148 | 184.76.11.217 | BitComet 1.32 | 11/14/12 04:46:57 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Clearwire Corpora | Salem |
| 149 | 24.21.219.137 | µTorrent 3.1.2 | 11/16/12 03:36:32 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 150 | 71.20.44.166 | µTorrent 3.1.2 | 11/17/12 11:47:49 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Clearwire Corpora | Salem |
| 151 | 67.170.132.222 | BitTorrent 6.0.3 | 11/18/12 11:28:55 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Albany |
| 152 | 71.236.139.53 | µTorrent 3.2.1 | 11/18/12 02:54:36 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 153 | 24.20.235.169 | µTorrent 3.1.3 | 11/18/12 11:44:29 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 154 | 184.100.138.135 | µTorrent 3.2.1 | 11/19/12 05:32:13 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Salem |
| 155 | 209.237.72.67 | Vuze 4.7.1.2 | 11/23/12 04:39:10 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | LS Networks | Newport |
| 156 | 75.142.26.31 | Vuze 4.5.0.4 | 11/23/12 08:20:27 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Communi | Roseburg |
| 157 | 75.170.14.214 | BitTorrent 7.7.0 | 11/24/12 01:26:56 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |
| 158 | 75.170.29.239 | Vuze 4.8.0.0 | 11/25/12 04:09:09 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Springfield |
| 159 | 173.202.212.84 | µTorrent 3.1.3 | 11/25/12 03:01:38 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | CenturyTel Interne | Lebanon |
| 160 | 97.125.106.9 | Vuze 4.8.0.0 | 11/27/12 08:55:51 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |
| 161 | 98.232.144.63 | µTorrent 3.2.0 | 11/28/12 05:09:29 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Salem |
| 162 | 96.39.181.220 | µTorrent 3.1.3 | 11/28/12 11:15:20 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Communi | Coos Bay |
| 163 | 24.21.61.206 | Vuze 4.8.0.0 | 11/28/12 08:00:20 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 164 | 71.237.170.211 | BitTorrent 7.7.0 | 11/28/12 06:49:00 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 165 | 67.160.162.90 | Vuze 4.7.2.0 | 11/29/12 03:56:26 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 166 | 24.20.200.11 | Vuze 4.8.0.0 | 12/1/12 03:56:43 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 167 | 71.210.21.49 | BitTorrent 6.1.0 | 12/1/12 02:14:14 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |
| 168 | 184.76.109.247 | Vuze 4.5.0.4 | 12/6/12 02:48:14 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Clearwire Corpora | Salem |
| 169 | 206.125.67.204 | Vuze 4.7.1.2 | 12/7/12 06:03:34 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Alternate Access | Philomath |
| 170 | 67.204.178.185 | BitTorrent 7.7.2 | 12/8/12 08:22:04 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Bend Cable Comm | Bend |
| 171 | 67.160.147.88 | µTorrent 3.2.3 | 12/11/12 04:29:13 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Salem |
| 172 | 71.92.157.237 | BitTorrent 7.7.2 | 12/12/12 05:36:56 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Communi | Roseburg |

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Filehash | ISP | city |
|---|---|---|---|---|---|---|
| 173 | 76.115.248.140 | Vuze 4.8.0.0 | 12/13/12 09:46:56 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Salem |
| 174 | 71.237.171.84 | µTorrent 3.2.3 | 12/13/12 04:05:21 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 175 | 71.236.199.36 | BitTorrent 7.6.1 | 12/16/12 08:13:29 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Salem |
| 176 | 50.38.45.78 | µTorrent 3.0.0 | 12/16/12 05:30:09 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Frontier Communic | Coos Bay |
| 177 | 24.22.83.156 | µTorrent 3.2.0 | 12/17/12 03:10:30 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Corvallis |
| 178 | 68.118.215.9 | BitTorrent 7.7.0 | 12/17/12 04:17:04 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Communic | Newport |
| 179 | 204.195.42.45 | µTorrent 1.7.7 | 12/21/12 10:01:02 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Wave Broadband | Silverton |
| 180 | 75.150.37.14 | Vuze 4.8.1.2 | 12/24/12 08:49:39 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Business | Salem |
| 181 | 206.125.67.204 | Vuze 4.8.0.0 | 12/24/12 03:59:03 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Alternate Access | Philomath |
| 182 | 71.237.219.37 | Vuze 4.8.0.0 | 12/24/12 08:43:20 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 183 | 75.150.37.14 | -AN2171- | 12/25/12 05:57:08 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Business | Salem |
| 184 | 98.232.170.234 | µTorrent 3.2.3 | 12/31/12 06:37:48 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Albany |
| 185 | 68.113.27.89 | µTorrent 3.2.0 | 1/2/13 03:01:12 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Communic | Roseburg |
| 186 | 72.160.100.88 | µTorrent 3.2.3 | 1/4/13 01:07:49 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | CenturyTel Interne | Lebanon |
| 187 | 76.14.223.147 | µTorrent 3.2.2 | 1/5/13 11:33:01 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Wave Broadband | Woodburn |
| 188 | 72.160.95.243 | µTorrent 3.2.3 | 1/9/13 03:41:19 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | CenturyTel Interne | Creswell |
| 189 | 98.232.186.177 | Vuze 4.8.0.0 | 1/10/13 03:01:41 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Corvallis |
| 190 | 174.25.114.243 | BitTorrent 7.2.1 | 1/13/13 05:14:13 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Salem |
| 191 | 67.171.247.188 | BitTorrent 7.7.3 | 1/22/13 04:13:20 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Springfield |
| 192 | 98.232.228.116 | BitTorrent 7.7.2 | 1/28/13 07:14:08 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Eugene |
| 193 | 68.116.115.64 | µTorrent 3.2.3 | 1/31/13 10:05:51 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Charter Communic | Roseburg |
| 194 | 209.237.72.67 | Vuze 4.8.0.0 | 1/31/13 07:40:54 AM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | LS Networks | Newport |
| 195 | 71.236.198.179 | Vuze 4.8.1.2 | 2/2/13 06:49:58 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Comcast Cable | Salem |
| 196 | 63.155.184.79 | Vuze 4.8.1.2 | 2/6/13 07:23:17 PM | SHA1: 6D9939B15CAFC400E97C320853B2236B26186EFA | Century Link | Eugene |
| 197 | 50.38.56.80 | µTorrent 3.1.3 | 11/26/12 12:08:38 AM | SHA1: 7E218D20D3A2B1ACA336FD5F43E620592401D721 | Frontier Communica | Bandon |
| 198 | 68.186.122.222 | µTorrent 3.2.0 | 11/20/12 09:38:23 AM | SHA1: 638080D0C71661D686B354B52663942BD69CD056 | Charter Communica | Roseburg |