UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

VOLTAGE PICTURES, LLC,

        Plaintiff,

v.

CHRISTOPHER HONDRICK
(Former Doe #1 a/k/a IP
50.137.54.137)

        Defendant.

6:13-cv-00290-AA

OFFER OF JUDGMENT

Pursuant to FRCP 68, I Christopher Hondrick, Defendant in this matter admit to the allegations of the Complaint and offer to allow a judgment to be entered against me for the relief sought, together with all costs and fees.

DATED: 7/30/ , 2013

*[signature]*
Christopher Hondrick
4175 Wagner St. APT 326
Eugene, OR 97402